**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 01-6184

_____

KEVIN L. CHOICE,

Plaintiff - Appellant,

versus

SUMTER   COUNTY   CORRECTIONAL   CENTER;   SIMON
MAJOR, Director of the Jail,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   David C. Norton, District Judge.
(CA-99-1860-0-18BD)

_____

Submitted:  April 12, 2001          Decided:  April 18, 2001

_____

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin L. Choice, Appellant Pro Se.  John Evans James, III, RICHARD-
SON & JAMES, Sumter, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin L. Choice appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Choice v. Sumter County Corr. Ctr.</u>, No. CA-99-1860-0-18BD (D.S.C. filed Jan. 4, 2001; entered Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2